In the Matter of Philip Edwards, Appellant, against Harris H. Murdock et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

John H. Campbell, Jr., Intervener, Respondent.

Submitted May 19, 1941; decided May 29, 1941.

Motions for reargument of motions to amend remittitur denied. (See 284 N. Y. 592.)

Philomena Biancaniello, Appellant, v. Town of Colonie, Respondent.

Argued May 19, 1941; decided May 29, 1941.

*Frank L. Wiswall* for motion.
*Henry H. Koblintz* opposed.

Motion granted and appeal dismissed, with ten dollars costs of motion, unless a new undertaking is filed on or before June 13, 1941, and said ten dollars costs paid, in which event the motion is denied.